IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MICAH MORENO, | * | |
| Plaintiff, | * | |
| v. | | Case No.  4:23-CV-188-CDL |
| | * | |
| LISA ODONNELL, | | |
| | * | |
| Defendant. | | |
| | * | |

## J U D G M E N T

Pursuant to this Court's Order dated January 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Muscogee County, Georgia.

This 25th day of January, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk